UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| MELVIN T. BINGHAM, | ) |  |
|---|---|---|
| Plaintiff | ) ) ) | |
| vs. | ) ) | CAUSE NO. 3:06-CV-68 RM |
| HOUSING AUTHORITY OF THE CITY OF MISHAWAKA, | ) ) ) ) | |
| Defendant | ) | |

## OPINION AND ORDER

On April 24, Melvin Bingham filed a motion to strike certain affirmative defenses asserted by the defendant in its answer. On May 26, the defendant filed an amended answer that doesn't contain the affirmative defenses at issue in the plaintiff's motion to strike. Therefore, the plaintiff's motion is DENIED as moot [Doc. No. 13].

SO ORDERED.

ENTERED: June 9, 2006

/s/ Robert L. Miller, Jr.
Chief Judge
U.S. District Court for the